UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DOROTHY SMITH** | : | **DOCKET NO. 06-2308** |
| **VS.** | : | **JUDGE MINALDI** |
| **WERNER ENTERPRISES, INC. OF NEBRASKA** | : | **MAGISTRATE JUDGE WILSON** |

## REPORT AND RECOMMENDATION

Before the court is plaintiff's motion to remand [doc. # 15]. The case was removed to federal court on the basis of diversity jurisdiction. 28 U.S.C. § 1332. The motion to remand alleges that remand is required because all parties are not diverse. 28 U.S.C. § 1332. Removing defendant does not oppose remand. Plaintiff amended her complaint, without opposition, to add a non-diverse defendant [doc. # 11]. This destroys this court's jurisdiction. *Cobb v. Delta Exports, Inc.,* 186 F. 3d 675, 677 (5th Cir. 1999). Accordingly, the court finds that subject matter jurisdiction is lacking and that remand is required. 28 U.S.C. § 1447(c).

IT IS RECOMMENDED that plaintiff's motion to remand [doc. # 15] be GRANTED.

Under the provisions of 28 U.S.C. § 636(b)(1)(C), the parties have ten (10) business days from receipt of this Report and Recommendation to file any objections with the Clerk of Court. Timely objections will be considered by the district judge prior to a final ruling.

**FAILURE TO FILE WRITTEN OBJECTIONS TO THE PROPOSED FINDINGS AND RECOMMENDATIONS CONTAINED IN THIS REPORT WITHIN TEN (10) BUSINESS DAYS FROM THE DATE OF ITS SERVICE SHALL BAR AN AGGRIEVED**

**PARTY FROM ATTACKING ON APPEAL, EXCEPT UPON GROUNDS OF PLAIN ERROR, THE UNOBJECTED-TO PROPOSED FACTUAL FINDINGS AND LEGAL CONCLUSIONS ACCEPTED BY THE DISTRICT COURT.**

THUS DONE AND SIGNED in Chambers at Lake Charles, Louisiana, on February 22, 2007.

_____
ALONZO P. WILSON
UNITED STATES MAGISTRATE JUDGE